IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PETER NYACHIRA, on behalf of himself and all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW PRIME, INC.,<br><br>Defendant. | Case No. 6:21-cv-03211-BP |

## NOTICE OF REMOTE VIDEOTAPED DEPOSITION
## OF CHRISTIAN ANGEL

TO: Christian Angel and his/her counsel of record

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Defendant New Prime, Inc. ("Defendant"), by and through its undersigned attorneys, will take the videotaped deposition of Christian Angel, commencing at **8:30 a.m. (Central Time)**, **on February 8, 2024**. The deposition testimony will be taken remotely via Zoom or other video conference platform, coordinated by court reporting service Veritext. Counsel for the parties and their clients may be participating from various separate locations. The deposition shall last for a maximum of two hours of time on the record and shall continue from day to day thereafter until completed or adjourned. The deposition is being taken for the purposes of discovery, for use at trial, and for any other purposes as permitted under the Federal Rules of Civil Procedure, court order, and any other applicable rules. The deposition shall be conducted before an officer or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure.

The deposition will be recorded stenographically and by video, and may be recorded through instant visual display of testimony using "Live Note" or a similar software.

Dated: January 16, 2024                                   Respectfully submitted,

/s/ Kathleen M. Nemechek
Kathleen M. Nemechek, MO Bar No. 50139
Jocelyn A. Villanueva, MO Bar No. 43448
BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
knemechek@berkowitzoliver.com
jvillanueva@berkowitzoliver.com

Scott A. Edelman (*admitted pro hac vice)*
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
sedelman@gibsondunn.com
Telephone: (310) 557-8061
Facsimile: (310) 552-7041
sedelman@gibsondunn.com

Michele L. Maryott (*admitted pro hac vice*)
Jessica M. Pearigen (*admitted pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
mmaryott@gibsondunn.com
jpearigen@gibsondunn.com

Amanda C. Machin (*admitted pro hac vice*)
Thomas J. McCormac IV (*admitted pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 887-3705
Facsimile: (202) 530-4244
amachin@gibsondunn.com
tmccormac@gibsondunn.com

Jordan E. Johnson (*admitted pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202

Telephone: (303) 298-5990
Facsimile: (303) 298-5907
jjohnson@gibsondunn.com

**ATTORNEYS FOR DEFENDANT
NEW PRIME, INC.**

## CERTIFICATE OF SERVICE

      I certify that on January 16, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of Missouri using the CM/ECF system that will send a notice of electronic filing to all counsel of record.

/s/ Kathleen M. Nemechek
*Attorney for Defendant*