IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| PETER NYACHIRA, on behalf of himself and all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW PRIME, INC.,<br><br>Defendant. | Case No. 6:21-cv-03211-BP |

**STIPULATION OF UNCONTROVERTED FACTS**

Plaintiff Peter Nyachira ("Plaintiff") together with Defendant New Prime, Inc. ("Prime") (collectively, the "Parties"), stipulate to the following uncontroverted facts in advance of the November 12, 2024 trial:

1. Defendant New Prime, Inc. is a nationwide interstate trucking company with headquarters in Springfield, Missouri.

2. The Federal Motor Carrier Safety Administration ("FMCSA") is a federal agency that works to ensure safety in motor carrier operations, including issuing regulations that impact commercial motor vehicle drivers and by determining the requirements for obtaining a commercial driver's license (or "CDL").

3. Currently, the FMCSA provides Entry Level Driver Training ("ELDT") curriculum requirements, which set forth a prescribed curriculum that all entry-level driver training schools must implement, and also mandates anyone wishing to receive a CDL to receive training from a registered training provider.

4. The CDL exam focuses on three main elements of required skills: the pre-trip vehicle inspection, basic vehicle control skills (or "backing"), and safe on-road driving skills.

5. Individuals coming to Prime without a Commercial Driver's License ("CDL") first go through what Prime calls its "PSD" program.

6. Individuals in the PSD program may be referred to as "D Seat" drivers or as "PSDs."

7. Prime has three training facilities where individuals would be onboarded into the PSD program, located at Springfield, Missouri, Salt Lake City, Utah, and Pittston, Pennsylvania.

8. Prior to their arrival at Prime for orientation, incoming PSDs are required to first obtain a Commercial Learner's Permit.

9. Upon entering Prime's PSD program, PSDs sign a Training Program Contract, which provides that the "Total Program Value" for Prime's PSD program is $4,375.

10. The Training Program Contract explains that the Training Program Fees will not be incurred if the PSD ultimately joins Prime as an employee and stays for at least a year. It states that the PSD does not need to pay for the program if he or she completes the program "in its entirety" and "remain[s] under actively available dispatch for twelve continuous months after completing the Training Program."

11. PSDs are not paid for any portion of the PSD program.

12. During Prime's orientation, PSDs fill out paperwork, attend classroom training and computer-based training, watch videos, and practice on simulators.

13. After PSDs complete the required classroom and computer lab-based training portion of orientation, PSDs have a structured meeting during which they learn about tire safety and the hours of service, among other things, and are introduced to trucks.

14. After completion of orientation and classroom training, D Seat drivers or PSDs are generally paired with an A Seat instructor.

15. PSD instructors, who are A seat drivers, do not generate revenue for Prime when they are training PSDs unless they are hauling freight for customers.

16. Plaintiff Peter Nyachira arrived at Prime without a CDL and had no prior experience driving a commercial motor vehicle.

17. Plaintiff entered Prime's PSD program on or about October 5, 2020.

18. Plaintiff took his CDL exam and obtained his CDL on October 30, 2020.

19. Nyachira was a B-2 seat driver until January 16, 2021.

20. After Nyachira resigned, he subsequently received two emails from Prime asking him to pay $4,375.

21. Nyachira has not made any payments toward the $4,375, and Prime has not made any further efforts to collect repayment from Nyachira.

Dated:   October 23, 2024

Stipulated, Agreed, and Respectfully Submitted,

<u>/s/ Matthew R. Crimmins</u>
Virginia Stevens Crimmins, MO #53139
Matthew R. Crimmins, MO #53138
CRIMMINS LAW FIRM LLC
214 S. Spring Street
Independence, Missouri 64050
Telephone: 816-974-7220
Facsimile: 855-974-7020
m.crimmins@crimminslawfirm.com
v.crimmins@crimminslawfirm.com

Garrett M. Hodes, MO#50221
HODES LAW FIRM, LLC
6 Victory Lane, Suite 6
Liberty, Missouri 64068
Telephone: 816-222-4338
Facsimile: 816-931-1718
garrett@hodeslawfirm.com

Hillary Schwab (*pro hac vice*)
Osvaldo Vazquez (*pro hac vice*)
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
Telephone: 617-607-3261
Facsimile: 617-488-2261
hillary@fairworklaw.com
oz@fairworklaw.com

*Attorneys for Plaintiffs, the collective, and the class*

| | |
|---|---|
| MICHELE L. MARYOTT (*pro hac vice*) | KATHLEEN M. NEMECHEK |
| JESSICA M. PEARIGEN (*pro hac vice*) | JOCELYN A. VILLANUEVA |
| JORDAN JOHNSON (*pro hac vice*) | STEPHEN M. BLEDSOE |
| GIBSON, DUNN & CRUTCHER LLP | TIMOTHY S. MILLMAN |
| 3161 Michelson Drive, Suite 1200 | BERKOWITZ OLIVER, LLP |
| Irvine, CA 92612 | 2600 Grant Boulevard, Suite 1200 |
| Telephone: 949-451-3945 | Kansas City, MO 64108 |
| Facsimile: 949-475-4668 | Telephone: 816-561-7007 |
| mmaryott@gibsondunn.com | Facsimile: 816-561-1888 |
| jpearigen@gibsondunn.com | knemechek@berkowitzoliver.com |
| jjohnson@gibsondunn.com | jvillanueva@berkowitzoliver.com |
| | sbledsoe@berkowitzoliver.com |
| | tmillman@berkowitzoliver.com |

*/s/ Amanda C. Machin*
AMANDA C. MACHIN (*pro hac vice*)
THOMAS J. MCCORMAC IV (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW, Suite 300
Washington, D.C. 20036
Telephone: 202-887-3705
Facsimile: 202-530-4244
amachin@gibsondunn.com
tmccormac@gibsondunn.com

*Attorneys for Defendant New Prime, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 23rd day of October, 2024, I electronically filed the above and foregoing document via the Court's CM/ECF system, which will send notification of said filing to all counsel of record.

*/s/ Matthew R. Crimmins*
