# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| PETER NYACHIRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 21-03211-CV-S-BP |
| | ) | |
| NEW PRIME, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DIRECTING ENTRY OF FINAL JUDGMENT WITH RESPECT TO CLAIMS INVOLVING "D SEAT DRIVERS"

On December 30, 2024, the Court issued its Findings of Fact, Conclusions of Law, and Judgment in favor of Defendant on claims involving D seat drivers. (Doc. 544.) The claims involving D seat drivers are only some of the claims in the case; however, they involve legal and factual issues distinct from those involved in the remaining claims, and there is no overlap between the claims the Court has resolved and the remaining claims. The Court therefore finds there is no just reason to delay entry of final judgment with respect to the D seat drivers' claims, and directs that final judgment be entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATE: January 8, 2025